## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
### (Kanas City Docket)

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **Plaintiff,** | |
| **v.** | **Case No. 20-8170-JPO** |
| **HECTOR MEDINA-EXPERICUETA,** | |
| **Defendant.** | |

## CRIMINAL COMPLAINT

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT ONE

On or about June 23, 2020, in the District of Kansas, the defendant,

### HECTOR MEDINA-EXPERICUETA,

a citizen of Mexico who is not a citizen or national of the United States, and who previously had been removed and deported, was found in the United States in Johnson County, Kansas, not having obtained the consent of either the Attorney General of the United States or the Secretary of Homeland Security for reapplication by the defendant for admission into the United States

This was done in violation of Title 8, United States Code, Section 1326.

### STATEMENT OF FACTS

I, Benjamin Gatrost, a Special Agent for the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) being of lawful age, having first duly sworn upon my oath, do hereby depose and state:

1.      I am a Special Agent with Homeland Security Investigations (HSI) in Kansas City, Office of Immigration and Customs Enforcement (ICE); and have been so employed since August 16, 2009.  I was employed as a law clerk to the Honorable Robert Beaird, 16th Circuit Court of Jackson County, Missouri for approximately two and one-half years prior to becoming a Special Agent.  I graduated from the University of Central Missouri in 2004 with a Bachelor of Science in Criminal Justice.  I graduated from the University of Missouri at Kansas City, School of Law in 2007, with a Juris Doctor degree.  I was admitted to the Missouri Bar as a licensed attorney in 2007 and was admitted to the Kansas Bar as a licensed attorney in 2008.  In April 2015, I was appointed as an officer in the United States Air Force Reserve, as a Judge Advocate General/military attorney and continue to function in that capacity.  During the course of my employment, I have participated in immigration cases to include alien harboring, document fraud, transporting aliens, and related federal criminal violations.  I have also conducted investigations involving controlled substances, firearms, theft of intellectual property, and financial violations, which led to the prosecution of suspects.  I have served on the Anti-Trafficking Coordination Team (ACTeam), a taskforce run by the United States Attorney's Office, consisting of members from FBI, HSI, U.S. Department of Labor, U.S. Citizenship and Immigration Services, and other partner agencies tasked with investigating allegations of forced labor and sex trafficking.  Currently I am assigned to the Kansas City, Missouri Police Gang Unit as a Task Force Officer and liaison agent.

1.      This affidavit is made in support of an application for a criminal complaint charging Hector MEDINA-ESPERICUETA with violating Title 8, United States Code, Section 1326, Unlawful Re-Entry of Removed Aliens.

2.      Based upon my training, experience, and direct observations in this and other investigations of criminal activity, as well as information received from other law enforcement officers involved in this and other investigations, I know the following:

a.      MEDINA-ESPERICUETA is a citizen and national of Mexico, who was Ordered Removed from the United States by an Immigration Judge on or about December 7, 2009; and failed to depart the United States becoming an "ICE Fugitive".  On or about June 9, 2010, MEDINA-ESPERICUETA was arrested by ICE following his release from Wyandotte County, Kansas Jail, and was removed to Mexico on or about June 11, 2010. MEDINA-ESPERICUETA was subsequently removed again to Mexico on or about the following dates: March 18, 2011, May 21, 2011, March 23, 2012 and March 7, 2014.

b.      MEDINA-ESPERICUETA did not apply for, nor has he received permission from the United States Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States.  This was confirmed by checks of records maintained by the United States Citizenship and Immigration Service (USCIS) and the Department of Homeland Security.

c.      MEDINA-ESPERICUETA was arrested on or about June 23, 2020, by Special Agents with HSI Kansas City at Metcalf Auto Plaza located at 7733 Metcalf Ave. Overland Park, Kansas.  Biometric checks confirmed his identity, and that MEDINA-ESPERICUETA has been assigned Alien Registration Number: AXXX XXX 261; which corresponds to FBI Number: 768920CB2.

3.      I have cross-referenced Department of Homeland Security, Immigration, and law enforcement databases and identified MEDINA-ESPERICUETA as a previously removed alien.

4.      I reviewed the records for MEDINA-ESPERICUETA, AXXX XXX 261, and confirmed the following Immigration history and prior removals from the United States:

a.      MEDINA-ESPERICUETA was ordered removed from the United States on or about December 7, 2009, under section 245 of the Immigration and Nationality Act and failed to depart the United States becoming an ICE Fugitive.   On June 9, 2010, MEDINA-ESPERICUETA was arrested by ICE following his release from Wyandotte County, Kansas for possession of drug paraphernalia (with a time served sentence) as he was an ICE Fugitive and subject to an outstanding Order of Removal.   On June 11, 2010, MEDINA-ESPERICUETA was removed to Mexico at Harlingen, Texas.

b.      On March 14, 2011, MEDINA-ESPERICUETA was arrested by ICE following his release from Wyandotte County, Kansas for failure to produce a driver's license.   On March 18, 2011, MEDINA-ESPERICUETA was removed to Mexico at Harlingen, Texas.

c.      On May 20, 2011, MEDINA-ESPERICUETA was arrested by US Customs and Border Protection (CBP) at Otay Mesa, California after he provided a California Driver's Licenses and made a false claim of United States Citizenship to the Officer.  MEDINA-ESPERICUETA was given an Expedited Removal and served with an I-860 for a 20 year period.  On May 21, 2011, MEDINA-ESPERICUETA was removed to Mexico at San Ysidro, California.  Harlingen, Texas.

d.      On March 22, 2012, MEDINA-ESPERICUETA was arrested by Falfurrias, Texas Police Department north of a Border Patrol Checkpoint and turned over to United States Border Patrol.  On March 23, 2012, MEDINA-ESPERICUETA was removed to Mexico at Brownsville, Texas.

4

e.  On March 4, 2014, MEDINA-ESPERICUETA was arrested by ICE following his release from Wyandotte County, Kansas for possession of methamphetamine.  On March 7, 2014, MEDINA-ESPERICUETA was removed to Mexico at Brownsville, Texas.

f.  On June 23, 2020, MEDINA-ESPERICUETA was arrested by HSI Kansas City Special Agents in the District of Kansas and processed for removal from the United States.

5.  At an unknown time, on or after March 7, 2014, MEDINA-ESPERICUETA reentered the United States unlawfully and without authorization or permission of the United States Attorney General or the Secretary of Homeland Security.

6.  Record checks conducted on or about June 23, 2020, confirmed that MEDINA-ESPERICUETA does not have a documented lawful border crossing following his removal; further MEDINA-ESPERICUETA continues to lack any lawful status to reside or work in the United States.

I affirm the foregoing is true and correct to the best of my information and belief.

_____
Special Agent Benjamin Gatrost
Homeland Security Investigations

Sworn to and attested by affiant via telephone after being submitted to me by reliable electronic means on August 3, 2020.

 s/James P. O'Hara_____
Honorable James P. O'Hara
Chief United States Magistrate Judge
District of Kansas

5

## <u>PENALTIES</u>

**Count 1:**       **8 U.S.C. § 1326(a) – Illegal Entry by a Deported Alien**

- Not more than 2 years in prison
- Not more than 1 year supervised release
- Not more than a $250,000 fine
- $100 special crime victims fund assessment