IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DOCKET

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    **v.**

**HECTOR MEDINA-ESPERICUETA,**

    **Defendant.**

Case No. 20-20049-JAR-JPO

## INDICTMENT

The Grand Jury Charges:

On or about June 23, 2020, in the District of Kansas, the defendant,

**HECTOR MEDINA-ESPERICUETA,**

an alien to the United States of America, was found within the United States after having been previously deported and removed from the United States on or about March 7, 2014, without having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

A TRUE BILL.

Dated: August 19, 2020

*/s/ Foreperson*
FOREPERSON

*/s/ Jabari Wamble, # 22730*, for
STEPHEN R. MCALLISTER
United States Attorney

Robert J. Dole Courthouse
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Phone: 913-551-6730
Fax: 913-551-6541
Stephen.McAllister@usdoj.gov
Kansas Sup. Ct. No. 15845

(It is requested that trial of the above-captioned case be held in Kansas City, Kansas.)

**PENALTIES:**

**Illegal Reentry, 8 U.S.C. § 1326(a) and (b)(1)**

- A term of imprisonment not to exceed ten (10) years.
- A fine not to exceed $250,000.
- A term of supervised release not to exceed three (3) years.
- A mandatory special assessment of $100.