**CLERK'S COURTROOM MOTIONS/MISCELLANEOUS MINUTE SHEET**

| UNITED STATES OF AMERICA, | AUSA: Jabari Wamble |
| Plaintiff | |
| v. | CASE NO: 20-20049-01-JAR |
| HECTOR MEDINA-ESPERICUETA, | Def Atty: Gary Stone |
| Defendant | |

| JUDGE: | Julie A. Robinson | DATE: | 11/12/2020 |
|---|---|---|---|
| DEPUTY CLERK: | Bonnie Wiest | REPORTER: | Dani Murray |
| INTERPRETER: | | | |

# STATUS CONFERENCE - VIA ZOOM CONFERENCING

This case comes before the Court for a status conference. Counsel appear in different locations via video conferencing. Defendant is not present.

Defense counsel advises that he learned Mr. Medina-Espericueta has been hospitalized. He further advises that pursuant to the guidelines, his client has served his sentence and is anxious to enter a plea and hopefully be deported. Counsel asks if the sentencing could be set at the same time defendant enters his plea. The Court continues the matter for a change of plea/sentencing for **December 28, 2020 at 10:00 a.m.** via Zoom video conference. The Court will enter a notice of intent to change plea. The time from November 12, 2020 until the change of plea hearing (including any continuances) is excludable time for speedy trial purposes.

The courtroom deputy will contact Probation to see if they can expedite the PSR and move the hearing up earlier if possible.