# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HECTOR MEDINA-ESPERICUETA,<br><br>　　　　Defendant. | Case No.20-CR-20049-JAR |

## ORDER

Now on this 4th day of December, 2020, this case comes to be heard upon the motion of the United States of America to dismiss this case, and the Court being fully advised in the premises, find that said motion should be sustained.

IT IS, THEREFORE, BY THE COURT DULY CONSIDERED AND ORDERED that this case be, and the same hereby, is dismissed with prejudice.


Dated: December 4, 2020

　　　　　　　　　　　　　　　　　　　S/ Julie A. Robinson
　　　　　　　　　　　　　　　　　　JULIE A. ROBINSON
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE