IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>HECTOR MEDINA-ESPERICUETA,<br><br>                    Defendant. | Case No. 20-CR-20049-JAR |

## MOTION TO DISMISS

The United States of America, by and through undersigned counsel, moves the Court to dismiss this case against Hector Medina-Espericueta with prejudice in the interests of justice because the defendant is deceased.

                                                    Respectfully submitted,

                                                    STEPHEN R. MCALLISTER
                                                    United States Attorney

                                                    S/Jabari B. Wamble
                                                    JABARI B. WAMBLE
                                                    Assistant U.S. Attorney
                                                    500 State Avenue, Suite 360
                                                    Kansas City, Kansas 66101
                                                    Tel.    913-551-6730
                                                    Fax.    913-551-6541
                                                    Kan. S. Ct. No. 22730
                                                    Email: Jabari.Wamble@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on December 9, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the appropriate counsel of record.

S/Jabari B. Wamble
JABARI B. WAMBLE
Assistant U.S. Attorney
